85 F.3d 615
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Melvin P. DEUTSCH, Plaintiff-Appellant,
v.
UNITED STATES DEPARTMENT OF JUSTICE; United States Marshals
Service, Defendants-Appellees.
 No. 95-7928.
 United States Court of Appeals, Fourth Circuit.
 Submitted April 15, 1996.
Decided April 29, 1996.
 
 Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Henry C. Morgan, Jr., District Judge. (CA-95-408-2)
 Melvin P. Deutsch, Appellant Pro Se.
 E.D.Va.
 DISMISSED.
 Before ERVIN and MOTZ, Circuit Judges, and CHAPMAN, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Appellant appeals the district court's order dismissing his 42 U.S.C. § 1983 (1988) complaint. The district court assessed a filing fee in accordance with Evans v. Croom, 650 F.2d 521 (4th Cir.1981), cert. denied, 454 U.S. 1153 (1982), and appellant appealed. Finding no abuse of discretion, we deny leave to proceed in forma pauperis and dismiss the appeal. Deutsch v. United States Dep't of Justice, No. CA-95-408-2 (E.D.Va. Nov. 9, 1995) We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 
 2
 DISMISSED.